*Ry. Co.*, 228 U. S. 596, 600; *Stewart* v. *Kansas City*, 239 U. S. 14. *Mr. John E. Roller pro. se. Mr. Rudolph Bumgardner* for defendant in error.

---

No. 507. ELINA SKARDERUD, PLAINTIFF IN ERROR, *v.* TAX COMMISSION OF THE STATE OF NORTH DAKOTA. In error to the Supreme Court of the State of North Dakota. Submitted November 23, 1917. Decided December 10, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Duus* v. *Brown*, this day decided, *ante*, 176. *Mr. Edward Engerud* for plaintiff in error. *Mr. William Langer* for defendant in error.

---

No. 83. MENASHA WOODEN WARE COMPANY, PLAINTIFF IN ERROR, *v.* MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY. In error to the Circuit Court of Winnebago County, State of Wisconsin. Argued November 23, 1917. Decided December 10, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Armour Packing Co.* v. *United States*, 209 U. S. 56, 80 *et seq.; Louis. & Nash. R. R. Co.* v. *Mottley*, 219 U. S. 467; *Portland Railway &c. Co.* v. *Railroad Commission of Oregon*, 229 U. S. 397, 412, 413; *New York Central & Hudson River R. R. Co.* v. *Gray*, 239 U. S. 583. *Mr. A. E. Thompson* and *Mr. J. C. Thompson* for plaintiff in error, submitted. *Mr. William A. Hayes* and *Mr. Alfred H. Bright* for defendant in error.

---

No. 601. MIDLAND VALLEY RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* MRS. MAUDE GRIFFITH, ADMINIS-